**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**

---

**In re:**

| | |
|---|---|
| **CCC Lot 2, LLC and** | **Case No. 20-10422** |
| **Michael S. Eisenga,** | **Case No. 20-10423** |
| | **Chapter 11 Proceedings** |
| **Debtors.** | **(Joint Administration Motion Pending)** |

---

**ORDER EXTENDING DEADLINE TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS**

---

This matter came before the Court on the Debtors' motion to extend the deadline to file the schedules and statements of financial affairs required by Fed. R. Bankr. P. 1007(c). No objections were filed on the motion. Notice was sufficient under the circumstances. The Court has jurisdiction to hear the matter and it is a core proceeding.

IT IS ORDERED that the Debtors' deadline to file Schedules and Statements of Financial Affairs required by Bankruptcy Rule 1007(b)(1) is hereby extended to March 6, 2020.

# # # # #