**Fill in this information to identify the case:**

Debtor Name  Michael S. Eisenga

for the: Western  District of  Wisconsin

United States Bankruptcy Court

Case number:  20-10423

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

**12/17**

This is the *Periodic Report* as of 2/11/2020  on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3.  For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| See Addendum 1. | | |
| | | |
| | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name _____        Case number_____

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

✗ *Michael* _____
Signature of Authorized Individual

*CCC Lot 2 LLC*
Printed name of Authorized Individual

Date *02 27 2020*
    MM /  DD  / YYYY

**For individual Debtors:**

✗ *Michael* _____
Signature of Debtor 1

*Michael S. Eisenga*
Printed name of Debtor 1

Date *02-27-2020*
    MM /  DD  / YYYY

✗ _____
Signature of Debtor 2

_____
Printed name of Debtor 2

Date _____
    MM /  DD  / YYYY

**First American Properties, LLC**
**Columbus, Wisconsin**

BALANCE SHEET
For the Period Ending December 31, 2019

| ASSETS | | Year-To-Date |
|---|---|---|
| **Current Assets** | | |
| Cash and cash equivalents | | 730 |
| Total Assets - Wildwood Estate, LLC | | 1,850,000 |
| Total Assets - Advantage Management Beaver Dam, LLC | | 138,914 |
| Total Assets - Advantage Management Mayville, LLC | | 66,374 |
| Total Assets - Advantage Management Waupun, LLC | | 60,371 |
| Total Assets - BDW Holdings Beaver Dam, LLC | | 722,766 |
| Total Assets - BDW Holdings Waupun, LLC | | 1,636,060 |
| Total Assets - CMB Ventures, LLC | | 417,318 |
| Total Assets - Columbus Commerce Center, LLC | | 2,200,051 |
| Total Assets - Mayville Holdings, LLC | | 5,933,623 |
| | | |
| **Property and Equipment** | | |
| Automobiles (See List) | 345,197 | |
| Less: Accumulated Depreciation | -306,038 | 39,159 |
| Accounts receivable | | 0 |
| **Total Assets** | $ | 13,065,366 |
| | | |
| **TOTAL ASSETS** | $ | 13,065,366 |

| LIABILITIES AND EQUITY | | |
|---|---|---|
| **Current Liabilities** | | |
| Accounts payable | | 843 |
| Total Liabilities - Advantage Management Beaver Dam, LLC | | 38,672 |
| Total Liabilities - Advantage Management Mayville, LLC | | 21,889 |
| Total Liabilities - Advantage Management Waupun, LLC | | 6,070 |
| Total Liabilities - BDW Holdings Beaver Dam, LLC | | 4,564,078 |
| Total Liabilities - BDW Holdings Waupun, LLC | | 7,716,122 |
| Total Liabilities - CMB Ventures, LLC | | 515,328 |
| Total Liabilities - Columbus Commerce Center, LLC | | 6,892,093 |
| Total Liabilities - Mayville Holdings, LLC (Loan Balance and Final Draw) | | 5,911,000 |
| Total Liabilities - Vehicle Loans | | 66,025 |
| N/P - Associated Bank (Wildwood, LLC 1st and 2nd mortgages) | | 1,595,775 |
| Accrued Liabilities | | 102,148 |
| **Total Current Liabilities** | $ | 27,430,043 |
| | | |
| **Equity** | | |
| Equity | | (14,364,677) |
| **Total Equity** | $ | (14,364,677) |
| | | |
| **TOTAL LIABILITIES AND EQUITY** | $ | 13,065,366 |

EXHIBIT A

**First American Properties, LLC**
**COLUMBUS, WISCONSIN**

STATEMENT OF INCOME
For the Period Ending December 31, 2019

|  |  |  | Year-to-Date |
|---|---|---|---|
| **REVENUES** |  |  |  |
| Revenue - First American Properties, LLC |  |  | 185,729 |
| Rental Income - Wildwood Estate LLC | 180,134 |  |  |
| Other Income | 1,762 |  |  |
| Interest Income | 3,833 |  |  |
| Revenue - Advantage Management Beaver Dam, LLC |  |  | -105,980 |
| Revenue - Advantage Management Mayville, LLC |  |  | 292,761 |
| Revenue - Advantage Management Waupun, LLC |  |  | -338,979 |
| Revenue - BDW Holdings Beaver Dam, LLC |  |  | 140,160 |
| Revenue - BDW Holdings Waupun, LLC |  |  | 212,938 |
| Revenue - CMB Ventures, LLC |  |  | 50,082 |
| Revenue - Columbus Commerce Center, LLC |  |  | 156,304 |
| Revenue - Mayville Holdings, LLC |  |  | 3,393 |
|  |  |  |  |
| **Total Reveues** |  | **$** | **596,408** |
|  |  |  |  |
| **OPERATING EXPENSES** |  |  |  |
|  |  |  |  |
| Advertising |  |  | 2474 |
| Bank Charges |  |  | 690 |
| Cleaning |  |  | 8,661 |
| Comissions and Fees |  |  | 7,192 |
| Customer Refund |  |  | 3,500 |
| Dues and Subscriptions |  |  | 532 |
| Legal and Professional Fees |  |  | 68,969 |
| License |  |  | 278 |
| Insurance |  |  | 15,045 |
| Interest Expense |  |  | 131,939 |
| Meals |  |  | 6,334 |
| Maintenance and Repairs |  |  | 24,529 |
| Office Expense |  |  | 3,920 |
| Professional Development |  |  | 26,013 |
| Property Taxes |  |  | 25,401 |
| Refuse Pick-up |  |  | 3,968 |
| Supplies - General |  |  | 802 |
| Telephone |  |  | 4,344 |
| Utilities |  |  | 18,552 |
| Vehicle Expense |  |  | 3,792 |
|  |  |  |  |
| **TOTAL OPERATING EXPENSES** |  | **$** | **356,935** |
|  |  |  |  |
| **NET INCOME** |  | **$** | **239,473** |

EXHIBIT A

**Advantage Management Beaver Dam, LLC**
**Columbus, Wisconsin**

BALANCE SHEET
For the Period Ending December 31, 2019

| ASSETS | | Year-To-Date |
|---|---|---|
| **Current Assets** | | |
| Cash and cash equivalents | | 25,862 |
| Accounts Receivable | | 46,365 |
| **Total Current Assets** | $ | **72,227** |
| | | |
| **Other Assets** | | |
| N/R BDW Holdings (Properties) | | 66,687 |
| **Total Other Assets** | $ | **66,687** |
| | | |
| **TOTAL CURRENT ASSETS** | $ | **138,914** |
| | | |
| **LIABILITIES AND EQUITY** | | |
| | | |
| **Current Liabilities** | | |
| Accounts Payable | | 24,359 |
| Credit Card Payable | | 14,313 |
| **Total Current Liabilities** | $ | **38,672** |
| | | |
| **Equity** | | |
| Equity | | 100,242 |
| **Total Equity** | $ | **100,242** |
| | | |
| **TOTAL LIABILITIES AND EQUITY** | $ | **138,914** |

Advanced Management Beaver Dam, LLC
Columbus, Wisconsin

INCOME STATEMENT
For the Period Ended December 31, 2019

|  |  | Year-To-Date |  |
|---|---:|---:|---:|
| **REVENUES:** |  |  |  |
| Revenues |  | 1,108,724 |  |
| **TOTAL REVENUES** |  |  | $ 1,108,724 |
|  |  |  |  |
| **OPERATING EXPENSES:** |  |  |  |
| Advertising/Marketing |  | 14,735 |  |
| Cable TV |  | 6,097 |  |
| Copier Agreement |  | 4,772 |  |
| Dues & Subscriptions |  | 0 |  |
| Employee Hiring Expense |  | 3,375 |  |
| Employee Recognition |  | 0 |  |
| Employee Training |  | 4,747 |  |
| Equipment Lease |  | 741 |  |
| Facility - Appliances | 841 |  |  |
| - Carpet | 6,360 |  |  |
| - Furniture | 0 | 7,201 |  |
| Insurance - Commercial/Liability | 0 |  |  |
| Insurance - Health | 18,561 |  |  |
| Insurance - Workers Comp | 24,913 | 43,474 |  |
| Legal & Professional Fees |  | 3,817 |  |
| License & Certification |  | 26 |  |
| Maintenance - General | 6,795 |  |  |
| - Lawn | 4,008 |  |  |
| - Pest Control | 1,185 |  |  |
| - Refuse Pick-up | 7,087 |  |  |
| - Snow Removal | 5,364 | 24,439 |  |
| Rent - Facility |  | 347,245 |  |
| Resident - Activities | 589 |  |  |
| - Code Alert | 641 |  |  |
| - Flowers/Memorials | 66 |  |  |
| - Food | 49,295 | 50,591 |  |
| Resident Refunds |  | 2,202 |  |
| Security |  | 2,993 |  |
| Supplies - Cleaning | 9,340 |  |  |
| - Apt Repairs | 1,998 |  |  |
| - General | 834 |  |  |
| - Kitchen | 5,346 |  |  |
| - Medical | 8,549 | 26,067 |  |
| Office Supplies |  | 2,163 |  |
| Payroll - Gross | 555,224 |  |  |
| - FICA Employer Tax | 34,424 |  |  |
| - Medicare Tax | 8,051 |  |  |
| - Fed UC Tax | 1,472 |  |  |

Advantage Management Services of Dane, LLC
Columbus, Wisconsin

INCOME STATEMENT
For the Period Ended December 31, 2019

| | | | | |
|---|---|---|---|---|
| - State UC Tax | 14,296 | 613,467 | | |
| Payroll Processing Fees | | 6,224 | | |
| Telephone | | 2,298 | | |
| Utilities | | 43,443 | | |
| Vehicle Expense | | 4,587 | | |
| **Total Operating Expenses** | | | $ | **1,214,704** |

**NET INCOME/(LOSS)**                                    $      **(105,980)**

**Advantage Management Mayville, LLC**
**Columbus, Wisconsin**

BALANCE SHEET
For the Period Ending December 31, 2019

| ASSETS | | Year-To-Date |
|---|---|---|
| Current Assets | | |
| Cash and cash equivalents | | 66,374 |
| Accounts Receivable | | 0 |
| **Total Current Assets** | $ | **66,374** |
| | | |
| Other Assets | | |
| Other Assets | | 0 |
| **Total Other Assets** | $ | **-** |
| | | |
| **TOTAL CURRENT ASSETS** | $ | **66,374** |
| **LIABILITIES AND EQUITY** | | |
| Current Liabilities | | |
| Accounts Payable | | 20,598 |
| Credit Card Payable | | 1,291 |
| **Total Current Liabilities** | $ | **21,889** |
| | | |
| Equity | | |
| Equity | | 44,485 |
| **Total Equity** | $ | **44,485** |
| | | |
| **TOTAL LIABILITIES AND EQUITY** | $ | **66,374** |

Advantage Management Payahe, LLC
Columbus, Wisconsin

INCOME STATEMENT
For the Period Ended December 31, 2019

|  |  | Year-To-Date |
|---|---:|---:|
| **REVENUES:** |  |  |
| Revenues | 1,393,352 |  |
| **TOTAL REVENUES** |  | **$ 1,393,352** |
|  |  |  |
| **OPERATING EXPENSES:** |  |  |
| Advertising/Marketing | | 7,289 |
| Bank Charges | | 8,160 |
| Cable TV | | 4,412 |
| Copier Agreement | | 0 |
| Dues & Subscriptions | | 0 |
| Employee Hiring Expense | | 3,909 |
| Employee Recognition | | 0 |
| Employee Training | | 4,268 |
| Equipment Lease | | 0 |
| Facility - Appliances | 425 | |
| - Carpet | 2,061 | |
| - Furniture | 4,660 | 7,146 |
| Insurance - Commercial/Liability | 13,316 | |
| Insurance - Health | 6,637 | |
| Insurance - Workers Comp | 36,204 | 56,157 |
| Legal & Professional Fees | | 6,131 |
| License & Certification | | 2,676 |
| Maintenance - General | 5,044 | |
| - Lawn | 1,504 | |
| - Pest Control | 1,560 | |
| - Refuse Pick-up | 6,716 | |
| - Snow Removal | 5,844 | 20,668 |
| Postage | | 694 |
| Rent - Facility | | 325,022 |
| Resident - Activities | 944 | |
| - Code Alert | 0 | |
| - Flowers/Memorials | 0 | |
| - Food | 56,374 | 57,318 |
| Resident Refunds | | 6,646 |
| Security | | 8,584 |
| Supplies - Cleaning | 8,627 | |
| - Apt Repairs | 716 | |
| - Kitchen | 8,664 | |
| - Medical | 2,165 | 20,172 |
| Supplies - General | | 1,507 |
| Office Supplies | | 1,574 |
| Payroll - Gross | 437,985 | |
| - FICA Employer Tax | 27,155 | |

EXHIBIT A
Advance Management Group, LLC

Columbus, Wisconsin

INCOME STATEMENT
For the Period Ended December 31, 2019

| | | | | |
|---|---|---|---|---|
| - Medicare Tax | 6,351 | | | |
| - Fed UC Tax | 2,356 | | | |
| - State UC Tax | 9,999 | 483,846 | | |
| Payroll Processing Fees | | 4,293 | | |
| Property Taxes | | 20,560 | | |
| Telephone | | 1,828 | | |
| Utilities - Electric | | 46,133 | | |
| Vehicle Expense | | 1,598 | | |
| **Total Operating Expenses** | | | $ | **1,100,591** |
| | | | | |
| **NET INCOME/(LOSS)** | | | $ | **292,761** |

**Advantage Management Group, LLC**
**Columbus, Wisconsin**

BALANCE SHEET
For the Period Ending December 31, 2019

| ASSETS | | Year-To-Date |
|---|---|---|
| **Current Assets** | | |
| Cash and cash equivalents | | 79 |
| Accounts Receivable | | 51,168 |
| **Total Current Assets** | $ | 51,247 |
| | | |
| **Other Assets** | | |
| N/R BDW Holdings (Properties) | | 9,124 |
| **Total Other Assets** | $ | 9,124 |
| | | |
| **TOTAL CURRENT ASSETS** | $ | 60,371 |
| | | |
| **LIABILITIES AND EQUITY** | | |
| | | |
| **Current Liabilities** | | |
| Accounts Payable | | 3,631 |
| Credit Card Payable | | 2,439 |
| **Total Current Liabilities** | $ | 6,070 |
| | | |
| **Equity** | | |
| Equity | | 54,301 |
| **Total Equity** | $ | 54,301 |
| | | |
| **TOTAL LIABILITIES AND EQUITY** | $ | 60,371 |

Columbus, Wisconsin

### INCOME STATEMENT
For the Period Ended December 31, 2019

|  |  | Year-To-Date |  |
|---|---|---|---|
| **REVENUES:** |  |  |  |
| Revenues |  | 1,414,001 |  |
| **TOTAL REVENUES** |  |  | **$ 1,414,001** |
|  |  |  |  |
| **OPERATING EXPENSES:** |  |  |  |
| Advertising/Marketing |  | 10,012 |  |
| Cable TV |  | 11,030 |  |
| Copier Agreement |  | 3,131 |  |
| Dues & Subscriptions |  | 0 |  |
| Employee Hiring Expense |  | 5,654 |  |
| Employee Recognition |  | 0 |  |
| Employee Training |  | 4,736 |  |
| Equipment Lease |  | 4,589 |  |
| Facility - Appliances | 0 |  |  |
| - Carpet | 8,340 |  |  |
| - Furniture | 0 | 8,340 |  |
| Insurance - Commercial/Liability | 0 |  |  |
| Insurance - Health | 13,275 |  |  |
| Insurance - Workers Comp | 26,030 | 39,305 |  |
| Legal & Professional Fees |  | 12,386 |  |
| License & Certification |  | 650 |  |
| Maintenance - General | 6,843 |  |  |
| - Lawn | 10,177 |  |  |
| - Pest Control | 1,560 |  |  |
| - Refuse Pick-up | 4,882 |  |  |
| - Snow Removal | 5,472 | 28,934 |  |
| Rent - Facility |  | 565,065 |  |
| Resident - Activities | 4,028 |  |  |
| - Code Alert | 112 |  |  |
| - Flowers/Memorials | 414 |  |  |
| - Food | 94,349 | 98,903 |  |
| Resident Refunds |  | 7,986 |  |
| Security |  | 2,180 |  |
| Supplies - Cleaning | 11,171 |  |  |
| - Apt Repairs | 479 |  |  |
| - Kitchen | 5,863 |  |  |
| - Medical | 8,192 | 25,705 |  |
| Office Supplies |  | 1,798 |  |
| Payroll - Gross | 779,144 |  |  |
| - FICA Employer Tax | 48,307 |  |  |
| - Medicare Tax | 11,298 |  |  |
| - Fed UC Tax | 2,113 |  |  |
| - State UC Tax | 2,136 | 842,998 |  |

EXHIBIT A
Advance Management Group, LLC
Columbus, Wisconsin

INCOME STATEMENT
For the Period Ended December 31, 2019

| | | |
|---|---:|---:|
| Payroll Processing Fees | 7,525 | |
| Property Taxes | 173 | |
| Telephone | 2,103 | |
| Utilities - Electric | 60,998 | |
| Vehicle Expense | 8,779 | |
| **Total Operating Expenses** | | $ **1,752,980** |
| | | |
| **NET INCOME/(LOSS)** | | $ **(338,979)** |

**BDW Holdings Beaver Dam, LLC**
**Columbus, Wisconsin**

BALANCE SHEET
For the Period Ending December 31, 2019

| ASSETS | | Year-To-Date |
|---|---|---:|
| **Current Assets** | | |
| Cash and cash equivalents | $ | 95 |
| Accounts receivable | | 0 |
| **Total Current Assets** | | **95** |
| | | |
| Buildings, Improvements, Personal Property and Land | | |
| Buildings & Bldg Improvements | 1,372,749 | |
| (Less Accumulated Depreciation) | (848,912) | 523,837 |
| Equipment & Fixtures | 416,379 | |
| (Less Accumulated Depreciation) | (409,353) | 7,026 |
| Land | | 191,808 |
| **Total Buildings, Improvements, Personal Property and Land** | | **722,671** |
| | | |
| **TOTAL ASSETS** | $ | **722,766** |

| LIABILITIES AND EQUITY | | |
|---|---|---:|
| **Current Liabilities** | | |
| Accounts payable | $ | - |
| Accrued liabilities | | 0 |
| N/P - American Lending Solutions | | 29,368 |
| Loan - Mortgage | | 4,534,710 |
| **Total Current Liabilities** | | **4,564,078** |
| | | |
| Equity | | |
| Equity | | (3,841,312) |
| **Total Equity** | $ | **(3,841,312)** |
| | | |
| **TOTAL LIABILITIES AND EQUITY** | $ | **722,766** |

EXHIBIT A

**BDW Holdings Beaver Dam, LLC**
**COLUMBUS, WISCONSIN**

STATEMENT OF INCOME
For the Period Ending December 31, 2019

|  | Year-To Date |
|---|---:|
| **REVENUES** | |
| Revenues | $ 347,245 |
| | |
| **OPERATING EXPENSES** | |
| | |
| Bank Fees | 2,631 |
| Late Charges | 3,419 |
| MIP Fees | 17,028 |
| Legal & Professional Fees | 8,265 |
| Mortgage Interest | 151,272 |
| Property Taxes | 24,444 |
| Renewal Fee - LLC | 26 |
| | |
| **TOTAL OPERATING EXPENSES** | 207,085 |
| | |
| **NET INCOME** | 140,160 |

**BDW Holdings Waupun, LLC**
**Columbus, Wisconsin**

BALANCE SHEET
For the Period Ending Dectember 31, 2019

| ASSETS | | Year-To-Date |
|---|---|---|
| **Current Assets** | | |
| Cash and cash equivalents | | $ 163 |
| Accounts receivable | | 0 |
| **Total Current Assets** | | **163** |
| | | |
| Buildings, Improvements, Personal Property and Land | | |
| Buildings & Bldg Improvement | 2,901,926 | |
| (Less Accumulated Depreciation) | (1,596,021) | 1,305,905 |
| Equipment & Fixtures | 719,751 | |
| (Less Accumulated Depreciation) | (716,351) | 3,400 |
| Land | | 326,592 |
| **Total Buildings, Improvements, Personal Property and Land** | | **1,635,897** |
| | | |
| **TOTAL ASSETS** | | **$ 1,636,060** |

| LIABILITIES AND EQUITY | | |
|---|---|---|
| **Current Liabilities** | | |
| Accounts payable | | $ - |
| Accrued liabilities | | 0 |
| N/P - American Lending Solutions | | 45,132 |
| Loan - Mortgage | | 7,670,990 |
| **Total Current Liabilities** | | **7,716,122** |
| | | |
| Equity | | |
| Equity | | (6,080,062) |
| **Total Equity** | | **$ (6,080,062)** |
| | | |
| **TOTAL LIABILITIES AND EQUITY** | | **$ 1,636,060** |

EXHIBIT A

**BDW Holdings Waupun, LLC**
**Loan - 10102815**
**COLUMBUS, WISCONSIN**

STATEMENT OF INCOME
For the Period Ending December 31, 2019

|  | Year-To Date |
|---|---|
| **REVENUES** | |
| Revenues | **565,065** |
| | |
| **OPERATING EXPENSES** | |
| | |
| Bank Charges | 3,542 |
| Late Charges | 3,885 |
| Legal and Professional Fees | 8,704 |
| MIP Fees | 32,920 |
| Mortgage Interest | 255,895 |
| Property Taxes | 47,181 |
| Renewal Fee - LLC | 0 |
| | |
| **TOTAL OPERATING EXPENSES** | **352,127** |
| | |
| **NET INCOME** | **212,938** |

**EXHIBIT A**
**MBB Ventures, LLC**
**Columbus, Wisconsin**

BALANCE SHEET
For the Period Ending December 31, 2019

| **ASSETS** | | Year-To-Date |
|---|---|---|
| Current Assets | | |
| Cash and cash equivalents | | 69 |
| **Total Current Assets** | | **69** |
| | | |
| Buildings, Improvements, Equipment and Land | | |
| Buildings | 667,000 | |
| (Less Accumulated Depreciation) | (324,982) | 342,018 |
| Improvements | 98,779 | |
| (Less Accumulated Depreciation) | (54,153) | 44,626 |
| Equipment | 20 | |
| (Less Accumulated Depreciation) | (3,415) | (3,395) |
| Land | | 34,000 |
| **Total Buildings, Improvement, Equipment and Land** | | **417,249** |
| | | |
| **TOTAL ASSETS** | | $ **417,318** |

**LIABILITIES AND EQUITY**

| | | |
|---|---|---|
| Current Liabilities | | |
| Accounts payable | $ | - |
| Accrued liabilities | | 6,821 |
| Credit Card Payable | | 1,531 |
| Loan - Mortgage | | 506,976 |
| **Total Current Liabilities** | | **515,328** |
| | | |
| Equity | | |
| Equity | | (98,010) |
| **Total Equity** | $ | **(98,010)** |
| | | |
| **TOTAL LIABILITIES AND EQUITY** | $ | **417,318** |

EXHIBIT A

**COLUMBUS, WISCONSIN**

STATEMENT OF INCOME
For the Period Ending December 31, 2019

|  | Year-to-Date |
|---|---:|
| **REVENUES** | |
| Revenues | **119,104** |
| | |
| **OPERATING EXPENSES** | |
| | |
| Bank Charges | 1,756 |
| Insurance | 1,130 |
| Maintenance | 8,202 |
| Mortgage Interest | 37,703 |
| Property Taxes | 9,315 |
| Renewal Fee - LLC | 52 |
| Telephone | 1,680 |
| Utilities | 9,184 |
| | |
| **TOTAL OPERATING EXPENSES** | **69,022** |
| | |
| **NET INCOME** | **$        50,082** |

**COLUMBUS COMMERCE CENTER**
**Columbus, Wisconsin**

BALANCE SHEET
For the Period Ending December 31, 2019

| ASSETS | | Year-To-Date |
|---|---|---|
| Current Assets | | |
| Cash and cash equivalents | | 51 |
| Accounts Receivable | | 0 |
| **Total Current Assets** | $ | **51** |
| | | |
| Serriff Sale Unconfirmed Sale Proceeds CCC Lot 2 LLC | $ | 2,200,000 |
| | | |
| **TOTAL ASSETS** | $ | **2,200,051** |

**LIABILITIES AND EQUITY**

| | | |
|---|---|---|
| Current Liabilities | | |
| Accounts payable | | 0 |
| Credit Card Payable | | 0 |
| Money Judgement | | 6,892,093 |
| **Total Current Liabilities** | $ | **6,892,093** |
| | | |
| Equity | | |
| Equity | | (4,692,042) |
| **Total Equity** | $ | **(4,692,042)** |
| | | |
| **TOTAL LIABILITIES AND EQUITY** | $ | **2,200,051** |

EXHIBIT A

**COLUMBUS COMMERCE CENTER**
**COLUMBUS, WISCONSIN**

STATEMENT OF INCOME
For the Period Ending December 31, 2019

|                                 |     | Year-to-Date |
|---------------------------------|-----|-------------:|
| **REVENUES**                    |     |              |
| Revenues                        |     | 188,388      |
| **TOTAL REVENUES**              | $   | **188,388**  |
| **OPERATING EXPENSES**          |     |              |
| Insurance                       |     | 1,590        |
| Legal & Professional            |     | 15,007       |
| Maintenance Expense             |     | 2,301        |
| Mortgage Interest               |     | 9,488        |
| Property Taxes                  |     | 0            |
| Snow Removal/Lawn Care          |     | 1,725        |
| State Filing Fee                |     | 26           |
| Utilities                       |     | 1,947        |
| **TOTAL OPERATING EXPENSES**    | $   | **32,084**   |
| **NET INCOME/(LOSS)**           | $   | **156,304**  |

**Lafayette Holdings, LLC**
**Columbus, Wisconsin**

BALANCE SHEET
For the Period Ending December 31, 2019

| ASSETS | | Year-To-Date |
|---|---|---|
| Current Assets | | |
| Cash and cash equivalents | | 22,623 |
| **Total Current Assets** | | **22,623** |
| | | |
| Buildings, Improvements, Equipment and Land | | 5,911,000 |
| | | 0 |
| **Total Buildings, Improvement, Equipment and Land** | | **5,911,000** |
| | | |
| **TOTAL ASSETS** | $ | **5,933,623** |

### LIABILITIES AND EQUITY

| | | |
|---|---|---|
| Current Liabilities | | |
| Accounts payable | $ | - |
| Accrued liabilities | | 0 |
| Credit Card Payable | | 0 |
| Loan - Mortgage | | 5,755,769 |
| Remainder of Loan for Final Draw | | 155,231 |
| **Total Current Liabilities** | | **5,911,000** |
| | | |
| Equity | | |
| Equity | | 22,623 |
| **Total Equity** | $ | **22,623** |
| | | |
| **TOTAL LIABILITIES AND EQUITY** | $ | **5,933,623** |

EXHIBIT A
**Wayfine Holdings, LLC**
**COLUMBUS, WISCONSIN**

STATEMENT OF INCOME
For the Period Ending December 31, 2019

|  | Year-to-Date |
|---|---|
| **REVENUES** | |
| Revenues | **325,022** |
| **OPERATING EXPENSES** | |
| Mortgage Interest | 321,603 |
| Property Taxes | 0 |
| Renewal Fee - LLC | 26 |
| **TOTAL OPERATING EXPENSES** | **321,629** |
| **NET INCOME** | $    **3,393** |

**EISENGA ENTERPRISES**
**Columbus, Wisconsin**

BALANCE SHEET
For the Period Ending December 31, 2019

| **ASSETS** | | | Year-To-Date |
|---|---|---|---|
| Current Assets | | | |
| Cash and cash equivalents | | | 995 |
| Accounts Receivable | | | 0 |
| **Total Current Assets** | | $ | **995** |
| | | | |
| Property and Equipment | | | |
| Equipment | 5,690 | | |
| Building Improvements | 208,776 | | |
| Acc Depr - Building | (135,711) | | |
| Acc Depr - Bldg Imp | (4,993) | | |
| | | | |
| **Total Property and Equipment** | | $ | **73,762** |
| | | | |
| **TOTAL ASSETS** | | $ | **74,757** |

**LIABILITIES AND EQUITY**

| | | | |
|---|---|---|---|
| Current Liabilities | | | |
| Accounts payable | | | 0 |
| Credit Card Payable | | | 201 |
| Mortgage | | | 1,830 |
| Security Deposit - Tenants | | | 495 |
| **Total Current Liabilities** | | $ | **2,526** |
| | | | |
| Equity | | | |
| Equity | | | 72,231 |
| **Total Equity** | | $ | **72,231** |
| | | | |
| **TOTAL LIABILITIES AND EQUITY** | | $ | **74,757** |

EXHIBIT A

**EISENGA ENTERPRISES**

**CCOLUMBUS, WISCONSIN**

STATEMENT OF INCOME
For the Period Ending December 31, 2019

|  | Year-to-Date |
|---|---|
| **REVENUES** | |
| Revenues - Rental | 19,772 |
| **TOTAL REVENUES** | **$          19,772** |
| **OPERATING EXPENSES** | |
| Advertising | 582 |
| Bank Charges | 60 |
| Cable TV | 1,028 |
| Insurance | 928 |
| Legal & Professional | 400 |
| Maintenance Expense | 10,450 |
| Mortgage Interest | 438 |
| Pest Control | 815 |
| Property Taxes | 4,893 |
| Supplies | 30 |
| Utilities | 4,070 |
| **TOTAL OPERATING EXPENSES** | **$          23,694** |
| **NET INCOME/(LOSS)** | **$          (3,922)** |

# Exhibit B:

## First American Properties LLC:

This company is the owner of several different LLC's that own or manage property.  It is essentially an umbrella company.  Its ownership includes:

**Columbus Commerce Center LLC**:  This LLC owned the entire Columbus business park development including all the development lots and a lot CCC Lot 2 LLC (the foreclosed LLC) CCC Lot 3 LLC (the former Shopko building) and CCC Lot 4 LLC (a 10,000 sq. ft strip mall) in the development.  All three of these were improved lots the CCC held as investments.   In May 2019 a settlement was reached with Investor Community Bank who held the mortgages on the remaining undeveloped lots and CCC Lot 3 LLC and CCC Lot 4 LLC to deed in lieu these properties over to that bank.  The remaining real estate asset of CCC is CCC Lot 2 LLC

**CMB Ventures:** This LLC is the owner of my corp headquarters building located at N4365 Hwy 73 Columbus.  This property houses my offices and has tenants who rent portions of the premises for office space and also industrial space.

**Advantage Management Mayville LLC:**  This is the management company that holds the operating license for the Prairie Ridge Mayville facility and operates it.

**Mayville Holdings LLC:**  This is the company that owns the real estate, the facility itself in Mayville.  It collects a rent payment every month from Advantage Management Mayville LLC that is equal to the monthly mortgage payment and makes the payment to Old Town Bank.

## Wildwood Estate LLC: This LLC has and operates a lake home rental located in the Town of
Summit Wisconsin.

## Advantage Management Beaver Dam LLC:  This is the licensed operating company for
Prairie Ridge Beaver Dam.  A 27 unit assisted living facility.

## Advantage Management Waupun LLC:      This is the licensed operating company for
Prairie Ridge Waupun.  A 47 unit assisted living facility.

## BDW Holdings Beaver Dam LLC:        This is the company that owns the real estate, the
facility itself in Beaver Dam.  It collects a rent payment every month from Advantage Management Beaver Dam LLC that is equal to the monthly mortgage payment (including all escrows) and makes the payment to KeyBank.  This is entity that owns the facility real estate in Beaver Dam WI.

**BDW Holdings Waupun LLC:**     This is the company that owns the real estate, the facility itself in Waupun.  It collects a rent payment every month from Advantage Management Waupun LLC that is equal to the monthly mortgage payment (including all escrows) and makes the payment to KeyBank. This is entity that owns the facility real estate in Waupun WI.

**Eisenga Enterprises:**   This is a sole proprietorship multipurpose building owned by me personally. It has 6 office/commercial spaces on the first floor and 2 apartments on the 2nd floor.  I reside in one of the apartments on the 2nd floor.

**Advantage Management, LLC** and **BDW Holding, LLC** are dormant companies with no operations.

**CCC Lot 2, LLC** excluded.

# Exhibit C:

Over the years we have kept records of transfers that have been made between the entities from time to time internally.  These are typically due to cashflow issues where funds were needed to cover a certain expense at one of the entities and we needed to transfer funds from another one to have enough funds to meet the obligation.  I am not aware of any obligations beyond those internal ones between the entities.

# Exhibit D:

Each entity has paid its own taxes.  Also, all State and Federal Income taxes are a part of my personal 1040 tax return as these are single owned LLC's

# Exhibit E:

Aside from the typical business-related expenses that occur in the course of regular business I am not aware of any outstanding payments, expenses, or fees of this kind with the exception of the following:

1) We received a roof repair bill from a roof contractor from over 2 years ago that we had not been aware of from for Wildwood Estate LLC.  The amount is approximately $4,700.00

2) We have outstanding invoices of around $12,000.00 to Johnson Controls   for Advantage Management Mayville LLC.  We are awaiting a response from them regarding a payment schedule.  Also, one of the invoices for approximately $3,700 was for flooding damage that occurred last year that never got submitted to the insurance company.  Another one for just under $500.00 is related to the GC on the construction of the building.  The 3rd for approx. $7,700 is for yearly inspections for the facility however we have requested all the work orders because this seems excessive and we believe based on the cost and the timing some of this may have been done as a result of flooding at the property around that time which should also be submitted to the insurance company.

3) Both B.D.W.B.D.LLC and B.D..W.LLC are delinquent rolling 60 days on their mortgages with Key Bank.  The total arrearage between the two is approx. $140,000.00