| DEBTOR: | Michael Eisenga | CASE NUMBER: | 20-10423 |

## OFFICE OF THE UNITED STATES TRUSTEE

### REGION 11
### MONTHLY OPERATING REPORT
### CHAPTER 11
### INDIVIDUAL DEBTORS

### Form 3
### COVER SHEET AND QUESTIONNAIRE

For Period Ended: April 2020

**FILE THIS REPORT WITH THE COURT NO LATER THAN 21 DAYS AFTER THE END OF THE MONTH**

Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| X | ☐ | 1 Cash Flow Statement (Page 2) |
| X | ☐ | 2 Cash Reconciliation(s) and Narrative (Page 3) |
| X | ☐ | 3 Rental Property Detail (Page 4) |
| X | ☐ | 4 See Bank Reconcilations by individual accounts for receipt & disbursement details (Pages 5-11) |
| X | ☐ | 5 **Bank Statements for All Bank Accounts** (redact all but last four digits of bank account numbers) |

| QUESTIONNAIRE — Please answer the questions below for the month being reported: | Yes | No |
|---|---|---|
| 1. Did you deposit all receipts into your DIP account this month? |   | X |
| 2. Are all insurance policies current and in effect? | X |   |
| 3. Have all post-petition taxes been timely filed and paid? | X |   |
| 4. Did you pay all your post-petition bills on time this month? | X |   |
| 5. Are you current on U.S. Trustee quarterly fees payments? | X |   |
| 6. Did you borrow money from anyone this month? |   | X |
| 7. Did you pay any bills you owed before you filed for bankruptcy? |   | X |
| 8. Do you have any bank accounts open other than the DIP account(s)? | X |   |
| 9. Have you paid your attorney or other professionals this month? |   | X |
| 9a. If yes, did you have Court approval to do so? |   |   |
| 10. Did you have any unusual or significant expenses this month? |   | X |

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

Executed on: 5/27/20   Signature (Debtor): [signed]
Print name: Michael Eisenga

Rev. 2016-11
PAGE 1

**DEBTOR:** Micharl Eisenga  **CASE NUMBER:** 20-10423

### CASH FLOW STATEMENT - INDIVIDUAL DEBTOR(S)

**Month Reporting:** April 2020

**CASH FLOW SUMMARY (SEE NOTE A)**

1. **Beginning Cash Balance** (from last month's report)  $ 47195.45 - (1)
2. **Cash Receipts**

    | | |
    |---|---:|
    | Wages | |
    | Sole Proprietorship Revenues | |
    | Draws from owned entities other than Sole Prop | 500.00 |
    | Rental Income | 2355.00 |
    | Other   Bank Transfer from Closed BMO Harris Account | 828.97 |
    | Total Cash Receipts | $ 3683.97 - |

3. **Cash Disbursements**

    | | |
    |---|---:|
    | Rent or home mortgage payment | |
    | Utilities and Telephone Expenses | 1119.01 |
    | Home maintenance (repairs/upkeep) | 184.00 |
    | Food / Groceries   Vitamins | 1281.49 |
    | Insurance payments | 1396.00 |
    | Installment payments (including auto)  Child Support | 1250.00 |
    | Transportation (not including car payments) | 22.87 |
    | Legal / Professional Fees / U.S. Trustee Fees | |
    | Sole Proprietorship Expenses | |
    | Rental property expenses / repairs  Retail | 13.05 |
    | Other   Games | 48.31 |
    | Other   Office Supplies | 12.50 |
    | Other   Medical | 269.45 |
    | Miscellaneous   Massage Therapy | 360.00 |
    | Total Cash Disbursements | $ 5956.68 |

4. **Net Cash Flow for Month** (Total Cash Receipts less Total Cash Disbursements)  $ -2272.71
5. **Ending Cash Balance** (Beginning Cash Balance + Net Cash Flow for month)  $ 44922.74 (2)

**CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES**

| | |
|---|---:|
| Total Cash Disbursements for the Month *(from above)* | $ 5956.68 |
| Less: Transfers between debtor bank accounts *(if included in Disbursements above)* | |
| Add: Any amounts paid on behalf of the debtor by others | |
| **Disbursements for U.S. Trustee Fee Calculation** | $ 5956.68 |

*(A)* The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

*(1)* Current month beginning cash balance should equal the previous month's ending balance.
*(2)* Ending Cash Balance should equal page 3, reconciled total of all bank accounts.

Rev. 2016-11

Debtor: **Michael Eisenga** Case Number: **20-10423**

**Bank, Cash and Retainer Reconciliations**

**Month Ending: April 2020**

| Month Ending | 4/30/2020 | 4/30/2020 | 4/30/2020 | 4/30/2020 | 4/30/2020 | 4/30/2020 | |
|---|---|---|---|---|---|---|---|
| Name of Bank | F&M | F&M | F&M | Cash | Kerkman Dunn Retainer | Fuhrman & Dodge Retainer | |
| Last 3 Digits of Account | 8319 | 8431 | 3674 | N/A | N/A | N/A | |
| Purpose of Account | Business | Personal | Business | Cash | Retainer | Retainer | |
| Type of Account | Checking | Checking | Checking | N/A | N/A | N/A | Total |
| Balance per Bank Statement | 931.96 | 3,497.34 | 806.00 | 5,408.00 | 11,951.00 | 24,601.15 | 47,195.45 |
| Add: Cash Receipts - Cleared Bank | 0.00 | 1,328.97 | 2,995.96 | 0.00 | 0.00 | 0.00 | 4,324.93 |
| Add: Cash Receipts - Not Cleared Bank | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Subtract: Disbursements - Cleared Bank | -931.96 | -4,626.95 | -798.73 | -240.00 | 0.00 | 0.00 | -6,597.64 |
| Subtract: Disbursements - Not Cleared Bank | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Month End Balance | 0.00 | 199.36 | 3,003.23 | 5,168.00 | 11,951.00 | 24,601.15 | 44,922.74 |

**DEBTOR: Michael Eisenga**
**Case Number: 20-10423**

**RENTAL INFORMATION by PROPERTY**

| Month | Apr-20 | | |
|---|---|---|---|
| Tenant | $ rent due this month | Amount Paid | Date Paid |
| **Property located 146 West Mill Street** | | | |
| WI Suppressor | 275.00 | 275.00 | 4/28/2020 |
| Posh Nails | 695.00 | | |
| Applied Energies | 490.00 | 490.00 | 4/22/2020 |
| Hocket | 795.00 | 795.00 | 4/8/2020 |
| **Property located at Schaefer Rd. Columbus** | | | |
| Land / Annual Rent | 12,650.00 | | |
| Total Rent Collected This Month | | 1,560.00 | |

| **If Net Rent Due this month is greater than the Actual Net Rent Collected, please explain why below:** |
|---|
| Posh Nails had no income for the past 2 months so they paid me up when they got their PPP Loan funds |
| Land located at Schaefer Rd. Columbus paid twice a year |

**Michael S Eisenga**
**Reconciliation Summary**
**Farmers & Merchants Union 319, Period Ending 04/30/2020**

|  | Type | Date | Num | Name | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | | 931.96 |
| **Cleared Transactions** | | | | | | | |
| | **Checks and Payments - 2 items** | | | | | | -931.96 |
| | **Total Cleared Transactions** | | | | | | -931.96 |
| **Register Balance as of 04/30/2020** | | | | | | | **0.00** |
| | | | | | | | |
| **Cleared Transactions** | | | | | | | |
| | **Checks and Payments - 2 items** | | | | | | |
| | Check | 04/02/2020 | | Selective Payment | √ | Insurance Expense | -291.00 |
| | Transfer | 04/14/2020 | WD | Michael S Eisenga | √ | Farmers & Merchants Union 674 | -640.96 |
| | Total Checks and Payments | | | | | | -931.96 |
| **Total Cleared Transactions** | | | | | | | **-931.96** |

**Michael S Eisenga**
**Reconciliation Summary**
Farmers & Merchants Union 431, Period Ending 04/30/2020

| | Type | Date | Num | Name | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | | 3,497.34 |
| **Cleared Transactions** | | | | | | | |
| | **Checks and Payments - 43 items** | | | | | | -4,626.95 |
| | **Deposits and Credits - 2 items** | | | | | | 1,328.97 |
| | **Total Cleared Transactions** | | | | | | -3,297.98 |
| **Register Balance as of 04/30/2020** | | | | | | | **199.36** |
| **Cleared Transactions** | | | | | | | |
| | **Checks and Payments - 43 items** | | | | | | |
| | Check | 03/30/2020 | 1701 | Jean Wienke | √ | Vitamins | -163.18 |
| | Check | 04/01/2020 | 1702 | Andrew Tomney | √ | Massage Therapist | -120.00 |
| | Check | 04/01/2020 | DEBIT | Culvers of Columbus | √ | Meals and Entertainment | -7.69 |
| | Check | 04/03/2020 | DEBIT | Mojang Stockholm SE | √ | Games | -26.95 |
| | Check | 04/03/2020 | DEBIT | Mojang Stockholm SE | √ | Games | -0.27 |
| | Check | 04/06/2020 | DEBIT | Costco Warehouse | √ | Groceries | -241.28 |
| | Check | 04/06/2020 | 1501 | CHARTER CHECKPMT | √ | Cable Service | -212.56 |
| | Check | 04/06/2020 | DEBIT | Culvers of Columbus | √ | Meals and Entertainment | -21.68 |
| | Check | 04/06/2020 | DEBIT | Pizza Hut | √ | Meals and Entertainment | -21.37 |
| | Check | 04/06/2020 | DEBIT | Taco Bell | √ | Meals and Entertainment | -20.19 |
| | Check | 04/07/2020 | 1502 | Wisconsin SCTF | √ | Child Support | -1,000.00 |
| | Check | 04/07/2020 | 1503 | Wisconsin SCTF | √ | Child Support | -250.00 |
| | Check | 04/07/2020 | DEBIT | Amazon Prime | √ | Retail | -13.05 |
| | Check | 04/10/2020 | DEBIT | Wal-Mart | √ | Groceries | -20.08 |
| | Check | 04/10/2020 | DEBIT | Day One Pizza | √ | Meals and Entertainment | -17.75 |
| | Check | 04/10/2020 | DEBIT | Costco Gas | √ | Gasoline | -7.87 |
| | Check | 04/13/2020 | DEBIT | Wal-Mart | √ | Groceries | -31.44 |
| | Check | 04/13/2020 | DEBIT | McDonalds | √ | Meals and Entertainment | -4.20 |
| | Check | 04/14/2020 | DEBIT | Wal-Mart | √ | Groceries | -65.71 |
| | Check | 04/14/2020 | DEBIT | Culvers of Columbus | √ | Meals and Entertainment | -7.69 |
| | Check | 04/16/2020 | DEBIT | Wal-Mart | √ | Groceries | -49.44 |
| | Check | 04/16/2020 | DEBIT | Culvers of Columbus | √ | Meals and Entertainment | -7.69 |
| | Check | 04/17/2020 | DEBIT | Day One Pizza | √ | Meals and Entertainment | -22.49 |
| | Check | 04/20/2020 | DEBIT | Dish Network | √ | Cable Service | -170.27 |
| | Check | 04/20/2020 | DEBIT | Taco Bell | √ | Meals and Entertainment | -23.11 |
| | Check | 04/20/2020 | DEBIT | Day One Pizza | √ | Meals and Entertainment | -21.77 |
| | Check | 04/20/2020 | DEBIT | Blizzard Entertainment | √ | Games | -21.09 |
| | Check | 04/20/2020 | DEBIT | Culvers of Oconomowoc | √ | Meals and Entertainment | -15.82 |
| | Check | 04/20/2020 | DEBIT | Costco Gas | √ | Gasoline | -9.23 |
| | Check | 04/21/2020 | 1504 | Hagerty | √ | Insurance Expense | -1,087.00 |
| | Check | 04/21/2020 | 1505 | Prairie Ridge Health | √ | Medical | -94.45 |
| | Check | 04/22/2020 | DEBIT | Keith Family | √ | Medical | -175.00 |
| | Check | 04/22/2020 | DEBIT | Culvers of Columbus | √ | Meals and Entertainment | -7.69 |
| | Check | 04/24/2020 | DEBIT | Day One Pizza | √ | Meals and Entertainment | -17.75 |
| | Check | 04/27/2020 | DEBIT | Wal-Mart | √ | Groceries | -113.80 |
| | Check | 04/27/2020 | DEBIT | Costco Warehouse | √ | Groceries | -113.30 |
| | Check | 04/27/2020 | DEBIT | Combined Insurance | √ | Insurance Expense | -18.00 |
| | Check | 04/27/2020 | DEBIT | Taco Bell | √ | Meals and Entertainment | -5.43 |
| | Check | 04/28/2020 | DEBIT | Columbus W & L | √ | Utilities | -133.95 |
| | Check | 04/30/2020 | DEBIT | Costco Warehouse | √ | Groceries | -227.50 |
| | Check | 04/30/2020 | DEBIT | Wal-Mart | √ | Groceries | -27.10 |
| | Check | 04/30/2020 | DEBIT | Wal-Mart | √ | Groceries | -6.34 |
| | Check | 04/30/2020 | DEBIT | Costco Gas | √ | Gasoline | -5.77 |
| | **Total Checks and Payments** | | | | | | -4,626.95 |
| | **Deposits and Credits - 2 items** | | | | | | |
| | Transfer | 03/20/2020 | DM | Michael S Eisenga | √ | BMO Harris Bank | 828.97 |
| | Deposit | 04/28/2020 | | | √ | Personal Contribution | 500.00 |
| | **Total Deposits and Credits** | | | | | | 1,328.97 |
| **Total Cleared Transactions** | | | | | | | **-3,297.98** |

**Michael S Eisenga**
**Reconciliation Summary**
**Farmers & Merchants Union 674, Period Ending 04/30/2020**

| | Type | Date | Num | Name | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | | 806.00 |
| **Cleared Transactions** | | | | | | | |
| | **Checks and Payments - 6 items** | | | | | | -798.73 |
| | **Deposits and Credits - 5 items** | | | | | | 2,995.96 |
| | Total Cleared Transactions | | | | | | 2,197.23 |
| **Register Balance as of 04/30/2020** | | | | | | | **3,003.23** |
| | | | | | | | |
| **Cleared Transactions** | | | | | | | |
| | **Checks and Payments - 6 items** | | | | | | |
| | Check | 04/08/2020 | 2504 | Courtney Dalby | √ | Cleaning | -96.00 |
| | Check | 04/11/2020 | 1501 | We Energies | √ | Utilities | -364.69 |
| | Check | 04/20/2020 | 2505 | Courtney Dalby | √ | Cleaning | -88.00 |
| | Check | 04/23/2020 | | Bank-A-Count Ck Orders | √ | Office Supplies | -12.50 |
| | Check | 04/28/2020 | DEBIT | Columbus W & L | √ | Utilities | -216.55 |
| | Check | 04/28/2020 | DEBIT | Columbus W & L | √ | Utilities | -20.99 |
| | Total Checks and Payments | | | | | | -798.73 |
| | **Deposits and Credits - 5 items** | | | | | | |
| | Deposit | 04/07/2020 | | | √ | Rental Income | 400.00 |
| | Deposit | 04/08/2020 | | | √ | Rental Income | 795.00 |
| | Transfer | 04/14/2020 | WD | Michael S Eisenga | √ | Farmers & Merchants Union 319 | 640.96 |
| | Deposit | 04/22/2020 | | | √ | Rental Income | 490.00 |
| | Deposit | 04/28/2020 | | | √ | Rental Income | 670.00 |
| | Total Deposits and Credits | | | | | | 2,995.96 |
| **Total Cleared Transactions** | | | | | | | **2,197.23** |

**Michael S Eisenga**
**Reconciliation Summary**
**Cash on Hand, Period Ending 04/30/2020**

| | Type | Date | Num | Name | Clr | Account | Amount |
|---|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | | 5,408.00 |
| **Cleared Transactions** | | | | | | | |
| | **Cash Payments - 2 items** | | | | | | -240.00 |
| | **Total Cleared Transactions** | | | | | | -240.00 |
| **Register Balance as of 04/30/2020** | | | | | | | **5,168.00** |
| | | | | | | | |
| **Cleared Transactions** | | | | | | | |
| | **Cash Payments - 2 items** | | | | | | |
| | Cash | 04/15/2020 | 6 | Andrew Tomney | √ | Massage Therapist | -120.00 |
| | Cash | 04/29/2020 | 7 | Andrew Tomney | √ | Massage Therapist | -120.00 |
| | Total Cash Payments | | | | | | -240.00 |
| **Total Cleared Transactions** | | | | | | | **-240.00** |

**Michael S Eisenga**
**Reconciliation Summary**
**Kerkman Retainer, Period Ending 04/30/2020**

| | |
|---|---|
| **Beginning Balance** | 11,951.00 |
| **Register Balance as of 04/30/2020** | 11,951.00 |

**Michael S Eisenga**
**Reconciliation Summary**
**Fuhrman & Dodge Retainer, Period Ending 04/30/2020**

| | |
|---|---|
| **Beginning Balance** | 24,601.15 |
| **Register Balance as of 04/30/2020** | 24,601.15 |



**Farmers & Merchants Union Bank**
fmub.bank • askfmub@fmub.bank

PAGE: 1
ACCOUNT: 8319   04/30/2020
DOCUMENTS: 0



```
*********AUTO**SCH 5-DIGIT 53925
154 0.8480 AV 0.389      1 1 154
```
Michael S Eisenga
Eisenga Enterprises                                                  <C>   30
146 W Mill St Ste 4                                                         0
Columbus WI   53925-1507                                                    0

### *** FINAL STATEMENT ***

FMUB is OPEN for business and we are committed to you!
For info/updates on FMUBs response to COVID-19, visit:
fmub.bank          facebook.com/FMUBank
And, as always, please feel free to call us at (920)623-4000.
***PRIVACY NOTICE***Federal Law requires us to tell you how we collect,
share and protect your personal info. Our Privacy Policy has not changed.
You may review our policy and practices with respect to your personal
info at fmub.bank. Click on Disclosures/Account Privacy Policy.

Business Checking ACCOUNT   8319

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 03/31/20 | 931.96 |
| SELECTIVE PMT SELECTIVE 000001176208647 | 291.00 | | 04/02/20 | 640.96 |
| CLOSING WITHDRAWAL | 640.96 | | 04/14/20 | .00 |
| BALANCE THIS STATEMENT | | | 04/30/20 | .00 |

| | | | | |
|---|---|---|---|---|
| TOTAL CREDITS | (0) | .00 | AVG AVAILABLE BALANCE | 663.34 |
| TOTAL DEBITS | (2) | 931.96 | AVERAGE BALANCE | 663.34 |

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

```
******************************************************************
*                             |   TOTAL FOR     |     TOTAL       *
*                             |   THIS PERIOD   |   YEAR TO DATE  *
*-----------------------------------------------------------------*
* TOTAL OVERDRAFT FEES:       |    $.00         |    $20.00       *
*-----------------------------------------------------------------*
* TOTAL RETURNED ITEM FEES:   |    $.00         |    $.00         *
******************************************************************
```



**Farmers & Merchants Union Bank**
fmub.bank • askfmub@fmub.bank

ACCOUNT:  8431
DOCUMENTS:  0

PAGE:  1
04/30/2020



Michael S Eisenga
Debtor In Possession
146 W Mill St Ste 4
Columbus WI   53925-1507

<T> 30
0
0

```
FMUB is OPEN for business and we are committed to you!
For info/updates on FMUBs response to COVID-19, visit:
       fmub.bank        facebook.com/FMUBank
And, as always, please feel free to call us at (920)623-4000.
***PRIVACY NOTICE***Federal Law requires us to tell you how we collect,
share and protect your personal info. Our Privacy Policy has not changed.
You may review our policy and practices with respect to your personal
info at fmub.bank. Click on Disclosures/Account Privacy Policy.
```

Free Checking ACCOUNT     8431

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................... | | | 03/31/20 | 3,497.34 |
| 91974 POS PURCHASE CULVER S OF COLU COLUMBUS WI | | | | |
| 00000000 091974 | 7.69 | | 04/01/20 | 3,489.65 |
| CHECK # 1701 | 163.18 ✓ | | 04/02/20 | 3,326.47 |
| 0 MOJANG STOCKHOLM SE 80283087 068449 | | | | |
|  | .27 | | 04/03/20 | 3,326.20 |
| 68449 POS PURCHASE MOJANG STOCKHOLM SE 80283087 068449 | | | | |
|  | 26.95 | | 04/03/20 | 3,299.25 |
| CHECK # 1501 - CHARTER CHECKPMT 1501 | | | | |
|  | 212.56 | | 04/06/20 | 3,086.69 |
| 62865 POS PURCHASE TACO BELL 031995 PEWAUKEE WI | | | | |
| 0319005 062865 | 20.19 | | 04/06/20 | 3,066.50 |
| 0007 POS PURCHASE PIZZA HUT 035669 DELAFIELD WI | | | | |
| 00008628 000007 | 21.37 | | 04/06/20 | 3,045.13 |
| 2285 POS PURCHASE CULVER S OF COLU COLUMBUS WI | | | | |
| 00000000 002285 | 21.68 | | 04/06/20 | 3,023.45 |
| 88026 POS PURCHASE COSTCO WHSE #110 PEWAUKEE WI | | | | |
| 99110113 088026 | 241.28 ✓ | | 04/06/20 | 2,782.17 |
| CHECK # 1702 | 120.00 ✓ | | 04/06/20 | 2,662.17 |
| 70068 POS PURCHASE Amazon Prime*8R0 Amzn.com/bill WA | | | | |
| 00000000 070068 | 13.05 | | 04/07/20 | 2,649.12 |
| 17325 POS PURCHASE COSTCO GAS #1101 PEWAUKEE WI | | | | |
| 93110113 017325 | 7.87 | | 04/10/20 | 2,641.25 |

* * *  C O N T I N U E D  * * *



**Farmers & Merchants Union Bank**
fmub.bank • askfmub@fmub.bank

ACCOUNT: 8431
DOCUMENTS: 0

PAGE: 2
04/30/2020



Michael S Eisenga
Debtor In Possession

===============================================================================
                    Free Checking ACCOUNT :  8431
===============================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| 81309 POS PURCHASE DAY ONE PIZZA - SUN PRAIRIE WI | | | | |
| 00000000 081309 | 17.75 | | 04/10/20 | 2,623.50 |
| 39147 POS PURCHASE WAL-MART #3322 PEWAUKEE WI 33220033 | | | | |
| 061855 | 20.08 | | 04/10/20 | 2,603.42 |
| 66290 POS PURCHASE MCDONALD'S F5015 OCONOMOWOC WI 1 | | | | |
| 066290 | 4.20 | | 04/13/20 | 2,599.22 |
| 260342 POS PURCHASE WAL-MART #1678 DELAFIELD WI | | | | |
| 24167801 260342 | 31.44 | | 04/13/20 | 2,567.78 |
| CHECK # 1503 | 250.00 ✓ | | 04/13/20 | 2,317.78 |
| CHECK # 1502 | 1,000.00 ✓ | | 04/13/20 | 1,317.78 |
| DEPOSIT | | 828.97 | 04/14/20 | 2,146.75 |
| 30877 POS PURCHASE CULVER S OF COLU COLUMBUS WI | | | | |
| 00000000 030877 | 7.69 | | 04/14/20 | 2,139.06 |
| 12414 POS PURCHASE WM SUPERCENTER # BEAVER DAM WI | | | | |
| 10120047 107094 | 65.71 | | 04/14/20 | 2,073.35 |
| 47610 POS PURCHASE CULVER S OF COLU COLUMBUS WI | | | | |
| 00000000 047610 | 7.69 | | 04/16/20 | 2,065.66 |
| 0342 POS PURCHASE WAL-MART #1267 SUN PRAIRIE WI | | | | |
| 12670044 715559 | 49.44 | | 04/16/20 | 2,016.22 |
| 65862 POS PURCHASE DAY ONE PIZZA - SUN PRAIRIE WI | | | | |
| 00000000 065862 | 22.49 | | 04/17/20 | 1,993.73 |
| DISH NETWORK DISH NTWRK XXXXXX8839 SPA | | | | |
| | 170.27 | | 04/20/20 | 1,823.46 |
| 50082 POS PURCHASE COSTCO GAS #1101 PEWAUKEE WI | | | | |
| 93110113 050082 | 9.23 | | 04/20/20 | 1,814.23 |
| 80246 POS PURCHASE CULVER S OF OCON OCONOMOWOC WI | | | | |
| 00000000 080246 | 15.82 | | 04/20/20 | 1,798.41 |
| 83872 POS PURCHASE Blizzard Enterta Irvine CA 00000000 | | | | |
| 083872 | 21.09 | | 04/20/20 | 1,777.32 |
| 62820 POS PURCHASE DAY ONE PIZZA - SUN PRAIRIE WI | | | | |
| 00000000 062820 | 21.77 | | 04/20/20 | 1,755.55 |
| 91791 POS PURCHASE TACO BELL 034238 OCONOMOWOC WI | | | | |
| 0342004 091791 | 23.11 | | 04/20/20 | 1,732.44 |
| 6375 POS PURCHASE CULVER S OF COLU COLUMBUS WI | | | | |
| 00000000 006375 | 7.69 | | 04/22/20 | 1,724.75 |
| 78492 POS PURCHASE SQ *KEITH FAMILY Gordon WI 00000000 | | | | |
| 078492 | 175.00 | | 04/22/20 | 1,549.75 |
| 96089 POS PURCHASE DAY ONE PIZZA - SUN PRAIRIE WI | | | | |
| 00000000 096089 | 17.75 | | 04/24/20 | 1,532.00 |

* * *  C O N T I N U E D  * * *

```
                                         ACCOUNT:         8431    PAGE:     3
                                         DOCUMENTS:          0    04/30/2020


         Michael S Eisenga
         Debtor In Possession


========================================================================================
                         Free Checking ACCOUNT      8431
========================================================================================
         DESCRIPTION            DEBITS        CREDITS    DATE         BALANCE

COMBINED INS INS PREM N92155660200424
                                 18.00                   04/27/20     1,514.00
76928 POS PURCHASE TACO BELL 034238 OCONOMOWOC WI
   0342003 076928                 5.43                   04/27/20     1,508.57
205881 POS PURCHASE COSTCO WHSE #110 PEWAUKEE WI
   99110113 205881              113.30                   04/27/20     1,395.27
47356 POS PURCHASE WM SUPERCENTER # DELAFIELD WI
   16780006 136457              113.80                   04/27/20     1,281.47
CHECK # 1505                     94.45                   04/27/20     1,187.02
disburse from 6394                              500.00   04/28/20     1,687.02
COLUMBUS W &L WTR&LIGHT         133.95                   04/28/20     1,553.07
CHECK # 1504                  1,087.00                   04/28/20       466.07
72974 POS PURCHASE COSTCO GAS #1101 PEWAUKEE WI
   93110113 072974                5.77                   04/30/20       460.30
63819 POS PURCHASE WM SUPERCENTER # DELAFIELD WI
   16780043 207898                6.34                   04/30/20       453.96
600324 POS PURCHASE WAL-MART #1678 DELAFIELD WI
   24167801 600324               27.10                   04/30/20       426.86
269233 POS PURCHASE COSTCO WHSE #110 PEWAUKEE WI
   99110113 269233              227.50                   04/30/20       199.36
BALANCE THIS STATEMENT ............................... 04/30/20         199.36

TOTAL CREDITS        (2)      1,328.97  AVG AVAILABLE BALANCE         2,041.51
TOTAL DEBITS        (43)      4,626.95  AVERAGE BALANCE               2,069.14

========================================================================================
                              YOUR CHECKS SEQUENCED
========================================================================================
DATE...CHECK #......AMOUNT  DATE...CHECK #......AMOUNT  DATE...CHECK #......AMOUNT

04/13    1502    1,000.00   04/28    1504    1,087.00   04/02    1701      163.18
04/13    1503      250.00   04/27    1505*      94.45   04/06    1702      120.00

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE
                           * * *  C O N T I N U E D  * * *
```



**Farmers & Merchants Union Bank**
fmub.bank • askfmub@fmub.bank

ACCOUNT: 8431
DOCUMENTS: 0

PAGE: 4
04/30/2020



Michael S Eisenga
Debtor In Possession

============================================================================
                    Free Checking ACCOUNT     8431
============================================================================

         - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

***************************************************************************
*                              |   TOTAL FOR    |     TOTAL           *
*                              |   THIS PERIOD  |   YEAR TO DATE      *
*--------------------------------------------------------------------------*
* TOTAL OVERDRAFT FEES:        |      $.00      |        $.00         *
*--------------------------------------------------------------------------*
* TOTAL RETURNED ITEM FEES:    |      $.00      |        $.00         *
***************************************************************************



**Farmers & Merchants Union Bank**
fmub.bank • askfmub@fmub.bank

ACCOUNT: 3674
DOCUMENTS: 8
PAGE: 1
04/30/2020



```
*********AUTO**SCH 5-DIGIT 53925
155 1.0690 AV 0.389       1 1 155
Michael S Eisenga
Eisenga Enterprises                                           30
Debtor-In-Posession                                            5
146 W Mill St Ste 4                                            3
Columbus WI  53925-1507
```

FMUB is OPEN for business and we are committed to you!
For info/updates on FMUBs response to COVID-19, visit:
fmub.bank       facebook.com/FMUBank
And, as always, please feel free to call us at (920)623-4000.
***PRIVACY NOTICE***Federal Law requires us to tell you how we collect,
share and protect your personal info. Our Privacy Policy has not changed.
You may review our policy and practices with respect to your personal
info at fmub.bank. Click on Disclosures/Account Privacy Policy.

Business Checking ACCOUNT   3674

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 03/31/20 | 806.00 |
| DEPOSIT | | 400.00 | 04/07/20 | 1,206.00 |
| DEPOSIT | | 795.00 | 04/08/20 | 2,001.00 |
| CHECK # 2504 | 96.00 | | 04/08/20 | 1,905.00 |
| DEPOSIT | | 640.96 | 04/14/20 | 2,545.96 |
| CHECK # 2505 | 88.00 | | 04/20/20 | 2,457.96 |
| CHECK # 1501 | 364.69 | | 04/21/20 | 2,093.27 |
| DEPOSIT | | 490.00 | 04/22/20 | 2,583.27 |
| BANK-A-COUNT CK. ORDERS | 12.50 | | 04/23/20 | 2,570.77 |
| DEPOSIT | | 670.00 | 04/28/20 | 3,240.77 |
| COLUMBUS W &L WTR&LIGHT | 20.99 | | 04/28/20 | 3,219.78 |
| COLUMBUS W &L WTR&LIGHT | 216.55 | | 04/28/20 | 3,003.23 |
| BALANCE THIS STATEMENT | | | 04/30/20 | 3,003.23 |

| TOTAL CREDITS | (5) | 2,995.96 | AVG AVAILABLE BALANCE | 1,993.02 |
|---|---|---|---|---|
| TOTAL DEBITS | (6) | 798.73 | AVERAGE BALANCE | 2,058.19 |

\* \* \*  C O N T I N U E D  \* \* \*



**Farmers & Merchants Union Bank**
fmub.bank • askfmub@fmub.bank

ACCOUNT: 3674
DOCUMENTS: 8

PAGE: 2
04/30/2020



Michael S Eisenga
Eisenga Enterprises
Debtor-In-Posession

```
============================================================================
                          YOUR CHECKS SEQUENCED
============================================================================
DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT

04/21    1501*    364.69  04/08   2504      96.00  04/20   2505       88.00
```

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

```
****************************************************************************
*                              |  TOTAL FOR     |    TOTAL           *
*                              |  THIS PERIOD   |   YEAR TO DATE     *
*-----------------------------------------------------------------------*
* TOTAL OVERDRAFT FEES:        |     $.00       |     $.00           *
*-----------------------------------------------------------------------*
* TOTAL RETURNED ITEM FEES:    |     $.00       |     $.00           *
****************************************************************************
```