**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

---

**In re:**

**Michael S. Eisenga,[1]**

**Debtors.**

**Case No. 20-10423-cjf**
**Chapter 11 Proceedings**
**Jointly Administered**

---

**DEBTOR'S WITHDRAWAL OF HIS OBJECTION TO THE MOTION OF THE UNITED STATES TRUSTEE TO DISMISS THE CASE AND REQUEST FOR IMMEDIATE ENTRY OF ORDER DISMISSING THE CASE**

---

Michael S. Eisenga (the "Debtor") withdraws his response and objection to the dismissal of his chapter 11 case as requested by the United States Trustee's Motion to Dismiss the Case, dkt. no. 53 (the "UST's Motion"). For the reasons stated below, **the Debtor requests the Court immediately dismiss his chapter 11 case** and has submitted a proposed order.

Because this action is unusual and contrary to the Debtor's response to the UST's Motion (dkt. no. 68), the Debtor provides a brief explanation for the withdrawal below:

**Reasons for Withdrawal of Debtor's Objection**

1. The UST's Motion seeks the following relief: "an order dismissing the case." (Dkt. no. 53, first paragraphs on page 1 and 14.)

2. The Debtor responded and objected to the dismissal. (Dkt. No. 68.)

3. On June 3, 2020, the Debtor filed an adversary proceeding against the U.S. Small Business Administration (the "SBA"). (Dkt. no. 74; Adv. No. 20-048.) The Debtor filed a motion for a TRO and preliminary injunction with the adversary complaint. (Adv. Dkt. No. 2.) The Debtor sought to enjoin the SBA from denying from denying loans under the Paycheck Protection Program ("PPP") to two companies of which the Debtor is the sole member based

---

[1] Jointly administered with CCC Lot 3, LLC (Case No. 20-10422). However, this pleading only applies to the Michael S. Eisenga.

upon the Debtors' status as a chapter 11 debtor-in-possession.

4. The Court heard the motion for a TRO on June 9, 2020 and denied the motion. (Adv. Dkt. No. 18.) In its ruling the Court commented that the Debtor may be able to dismiss the chapter 11 case and obtain the PPP loans, and then reopen the case.

5. After reviewing the matter, the Debtor has determined that agreeing to the dismissal of his chapter 11 case as requested in the UST's Motion is the best avenue for the Debtor. Accordingly, the Debtor is withdrawing its objection to the UST's Motion seeking dismissal of the chapter 11 case.

**Reasons for Immediate Dismissal**

6. The PPP loan program ends on June 30, 2020. The Debtor's companies need sufficient time to apply and obtain approval of the loans. Time is "of the essence."

7. Additionally, the Court has set a hearing on the Debtor's motion for a preliminary injunction for June 30, 2020. Before the hearing the Debtor and SBA must exchange exhibits, exchange witness lists, filed proposed findings of fact and conclusions of law, and provide further briefs. The Debtor seeks to avoid those costs.

**Conclusion**

Wherefore, the Debtor (i) withdrawals his objection to the UST's Motion to permit dismissal of the Debtor's chapter 11 case, (ii) requests that the Court immediately dismiss the Debtor's chapter 11 case, and (iii) grant other relief as is just.

Dated: June 11, 2020.

*/s/ Jerome R. Kerkman*

Jerome R. Kerkman
Evan P. Schmit
Kerkman & Dunn

Attorneys for the Debtors

P.O. Address:

839 N. Jefferson St., Suite 400
Milwaukee, WI 53202-3744
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: jkerkman@kerkmandunn.com