**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: June 15, 2020**

**Hon. Catherine J. Furay
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re ) | |
| ) | |
| Michael S. Eisenga, ) | Case No. 20-10423 |
| ) | |
| Debtor. ) | |
| ) | |

### ORDER GRANTING MOTION TO DISMISS CASE

On April 23, 2020 the U.S. Trustee filed a motion to dismiss this case. Due notice of the motion has been provided to parties in interest, and no objections or responses have been filed other than that filed by the Debtor on May 18, 2020, and subsequently withdrawn on June 11, 2020. Accordingly, based on the motion and the record herein,

**IT IS HEREBY ORDERED** that this case is dismissed.

###